CONYNE ET AL., APPELLEES, *v.* CITY OF CINCINNATI, APPELLANT, ET AL.

[Cite as *Conyne v. Cincinnati* (2001), 91 Ohio St.3d 207.]

(No. 00–1928—Submitted February 28, 2001—Decided March 28, 2001.)

The judgment of the court of appeals is affirmed on the authority of *Stevens v. Ackman* (2001), 91 Ohio St.3d 182, 743 N.E.2d 901.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

*Manley, Burke & Lipton, Timothy M. Burke* and *Rhonda S. Frey,* for appellees.

*Fay D. Dupuis,* City Solicitor, and *Richard Ganulin,* Assistant City Solicitor, for appellant.